UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

APRIL FOSS,

        Plaintiff,

vs.                                                      CASE NO. 6:09-CV-437-ORL-19GJK

TRI-POD ALUMINUM, INC. and
VINCENT TRIPODI,

        Defendants.

<u>ORDER</u>

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 23, filed February 25, 2010). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 23) is **ADOPTED and AFFIRMED.** The Joint Stipulation for Dismissal with Prejudice (Doc. No. 20, filed February 25, 2010) is **GRANTED** to the extent the settlement is a fair and reasonable resolution of a bona fide dispute of the FLSA issues. This case is **DISMISSED WITH PREJUDICE,** and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this  15th  day of March, 2010.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record